DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL WALTERS,**
Appellant,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA"),**
Appellee.

No. 4D14-0671

[February 4, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen Ireland, Judge; L.T. Case No. 2012CA002375 (11).

Alix J. Montes, Miami, for appellant.

Kimberly Hopkins and Ronald M. Gaché of Shapiro, Fishman & Gaché, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, CIKLIN AND GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***